IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ADEL HAJJEM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-2765 An |
| | ) |
| U.S. DEPARTMENT OF HOMELAND | ) |
| SECURITY, et al., | ) |
| | ) |
| Defendants. | ) |

**REPORT AND RECOMMENDATION**

Before the Court is Defendants' Motion to Dismiss, (D.E. # 13), filed on March 5, 2008. The Motion states that Defendant granted Plaintiff's application for naturalized citizenship on March 4, 2008, and therefore, Plaintiff has obtained the relief sought in his Complaint. Thus, in the absence of a case or controversy, the Court lacks jurisdiction. The time for a Response has passed, and Plaintiff has not responded. The Court, therefore, recommends that Defendant's Motion be **GRANTED** and this case be **DISMISSED**. Additionally, the Clerk's office is instructed to reassign this case to a District Judge.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: April 15th, 2008.

1