# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ADEL HAJJEM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     No. 07-2765-STA |
| | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) |
| | ) |
|     Defendants. | ) |

___

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT
___

Before the Court is Defendants' Motion to Dismiss, (D.E. # 13), filed on March 5, 2008. The Motion states that Defendant granted Plaintiff's application for naturalized citizenship on March 4, 2008, and therefore, Plaintiff has obtained the relief sought in his Complaint. Thus, in the absence of a case or controversy, the Court lacks jurisdiction. The Magistrate Judge recommended that Defendants' Motion be granted and the case dismissed. Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation within the time permitted.

Having reviewed the Magistrate Judge's report and recommendation de novo, and the entire record of the proceeding, the Court hereby ADOPTS the Magistrate Judge's report and **DISMISSES** the Plaintiff's complaint.

    **IT IS SO ORDERED.**

                                                     s/ S. Thomas Anderson
                                                     S. THOMAS ANDERSON
                                                     UNITED STATES DISTRICT JUDGE

                                                     Date: June 16th, 2008.